AO 422 (Rev. 12/85) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

LATIN SILVA
45-690 Kulukeoe Street
Kaneohe, Hi 96744
(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: Cr 03-00488 DAE 04

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 2 0 2007
at 3 o'clock and 36 min. P M
SUE BEITIA, CLERK

YOU ARE HEREBY COMMANDED TO ARREST LATIN SILVA and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Count 1: Conspiracy to possess with intent to distribute methamphetamine
Count 2: Knowingly and intentionally possess with intent to distribute methamphetamine
Count 8: Use of a communication facility

SEALED
BY ORDER OF THE COURT

in violation of Title 21 United States Code, Section(s) 846, 841(a)(1), 841(b)(1)(A), 843(b).
Title 18 United States Code, 2

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| --- | --- |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *signature* | 10/1/03 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   No bail          By: Kevin S. C. Chang, United States Magistrate Judge

| RETURN | | |
| --- | --- | --- |
| This warrant was received and executed with the arrest of the above-named defendant at _____. | | |
| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 10/17/03 | Joel D. Rudow, Special Agent | Joel D. Rudow |